**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6118**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLIE THOMPSON, a/k/a Big Red,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CR-88-152-G, CA-95-114-CV-2)

---

Submitted: June 28, 1996      Decided: July 23, 1996

---

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Charlie Thompson, Appellant Pro Se. David Bernard Smith, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988)[*] motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Thompson</u>, Nos. CR-88-152-G; CA-95-114-CV-2 (M.D.N.C. Dec. 11, 1995). As to Appellant's Motion for Oral Argument, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] <u>As amended by</u> Act of Apr. 24, 1996, 28 U.S.C.S. § 2255 (Law Co-op. Advance Sheet June 1996).

2